NO. 12-10-00322-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

KAY DUBROCK,                                            
§       APPEAL FROM THE 114TH

APPELLANT            

 

V.

                                                                          
§       JUDICIAL DISTRICT COURT

                        

SMS TRUST, GANDAF U.S.A.,
INC., d/b/a

SPEEDY FOOD MART, CITY OF
TYLER

AND STATE OF TEXAS,    

APPELLEES                                                   
§       SMITH COUNTY, TEXAS   







MEMORANDUM
OPINION

                                                                  PER
CURIAM

            Appellant
filed an unopposed motion to dismiss this appeal.  As grounds for the motion,
Appellant states that, as a result of mediation, the parties reached an
agreement to settle and compromise their dispute.  Because Appellant has met
the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

            Opinion delivered December 22, 2010.

            Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.            

 

 

 

 

 

 

                                                                    (PUBLISH)